> **Motion DENIED.**
> This the 16th day of May, 2018.
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT FOR
NORTH CAROLINA, EASTERN DISTRICT

FILED
APR 23 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES

Vs

LUIS FERNANDO CANO-ACOSTA

Pro Se

CASE: 5:17-CR-257-1FL

EXPEDIATED MOTION FOR DECLARATORY RELIEF
OR IN THE ALTERNATIVE IMMIGRATION DEPARTURE
UND UNDER 28 USC 2201 , 2202 AND BOP POLICY STATEMENT 5111.04

This Court has Jurisdiction to grant declaratory relief that outlines the defendants statutory rights to an expediated removal proceedings through "Institutional Hearing Program" This is not a request under 3582 (c)(2) nor a rule 35 correction.

The defendant argues for an alternate immigration detention prison on his home eligibility date which is 10 % or up to one (1) year of his / her sentence so that immigration authorities can gain access to the defendants so as to complete the defendants expediated removal during his term of his sentence imposed by the Court as the prison institution hearing program and title 8 USC 1228(a)(3)(A) mandates. The US Sentencing guidelines 5K 2.0 does not expressly forbid such a departure after sentencing.

1